IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )              8:01CR186
                                     )
          v.                         )
                                     )
MISAEL REYES,                        )              ORDER
                                     )
                    Defendant.       )
                                     )

 

This matter is before the court on the defendant, Misael Reyes's ("Reyes"), motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (C)(2), Filing No. 93.  On June 6, 2003, Reyes was sentenced to one count of conspiracy to distribute and to possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846.  The recent changes to the sentencing guidelines do not apply to the crime to which this defendant was found guilty, and thus, the defendant's motion for sentence reduction is denied.

IT IS ORDERED, that Misael Reyes's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (C)(2) (Filing No. 93) is denied.

DATED this 19th day of June, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge